# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132440

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VICKI GARCIA,
        Plaintiff-Appellee,

v

TITAN INSURANCE COMPANY,
        Defendant-Appellant.

SC: 132440
COA: 272613
Saginaw CC: 04-054701-NF

_____/

      On order of the Court, the application for leave to appeal the September 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

p0122